grave. Resuelto en noviembre 27, 1922. Se ha examinado la acusación, la alegación del acusado, las instrucciones de la corte al jurado, el veredicto y el fallo y la sentencia, únicos documentos que con el escrito de apelación, forman el *record*; y no apareciendo que se haya alegado ni cometido error fundamental alguno, se confirma la sentencia.

No. 2633. FINE, APELANTE, *v.* SUCESIÓN FIGUEROA, APELADA.—Corte de Distrito de Humacao. Reivindicación. Resuelto en noviembre 27, 1922. Examinados los alegatos y la transcripción de los autos, el tribunal ha considerado que la prueba aportada por el demandante no es suficiente para acreditar el dominio de la finca que se reclama; ni para identificar la misma, por cuyo motivo se declara sin lugar el recurso y se confirma la sentencia.

No. 2884. ROBLEDO, APELADO, *v.* GOFFINET ET AL., APELANTES.—Corte de Distrito de Humacao. Resuelto en noviembre 28, 1922. Examinada la moción del demandante apelado y la certificación que se acompaña, se resuelve desestimar la apelación interpuesta en este caso.

No. 2884. ROBLEDO, APELADO, *v.* GOFFINET ET AL., APELANTES.—Corte de Distrito de Humacao. Resuelto en noviembre 28, 1922. Vista la moción de desistimiento de apelación presentada por el apelante José Jiménez Hernández con la conformidad de la parte contraria, se resuelve tenerle por desistido.

No. 387. KOESTER, PETICIONARIO, *v.* CORTE DE DISTRITO DE ARECIBO, HON. E. LLOREDA, JUEZ, DEMANDADO. — *Certiorari*. Resuelto en noviembre 28, 1922. Por los fundamentos de los casos *Delgado* v. *Sucn. Ferreiro*, 26 D. P. R. 492, *Vieira & Co.* v. *Reyes*, 28 D. P. R. 80, *Sanders Phillippi & Cia.* v. *Rivera*, 28 D. P. R. 957, *Ruiz* v. *Sucn. Cruz Jiménez*, 28 D. P. R. 990, se anula el auto expedido y se ordena la devolución del caso original.

No. 2905. RIVERA ET AL., APELANTES, *v.* RIVERA, APELADO. Corte de Distrito de Guayama. Resuelto en noviembre 28,